UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nathan Reardon

        v.                              Case No.1:25-cv-235-LM-AJ
Lance E. Walker, et al


                            ORDER


    This case has been referred to the United States District Court

for the District of New Hampshire, sitting by designation.

    The United States District Court for the District of Maine

retains jurisdiction over this case and will ultimately enter final

judgment.  All original motions, pleadings, and other documents shall

continue to be filed with the Clerk, District of Maine in accordance

with that district's case filing rules.  Absent a court order to the

contrary, no courtesy copies need be filed in the District of New

Hampshire.


        SO ORDERED.

                                 /s/ Landya B. McCafferty
                                _____
                                 Landya B. McCafferty
                                 Chief Judge



Date: 5/18/2025



 cc:
        Nathan Reardon
        Original order to Clerk, U.S. District Court, Maine