UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Nathan Reardon

    v.                                                     Case No. 25-cv-235-LBM-AJ

Walker et al.

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 14, 2025.

The clerk shall enter judgment and close the case.

                                              _____
                                              Landya B. McCafferty
                                              United States District Judge

Date: October 15, 2025

cc: Nathan Reardon, pro se